Zia F. Modabber (Admitted Pro Hac Vice) (ZM-6589)
Daniel A. Platt (Admitted Pro Hac Vice) (DP-0670)
**KATTEN MUCHIN ZAVIS ROSENMAN**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4400

Steven Shiffman (SS-3630)
**KATTEN MUCHIN ZAVIS ROSENMAN**
575 Madison Avenue
New York, New York 10022
(212) 940-8800

Attorneys for Plaintiff and Counterdefendant Michael Trent Reznor

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL TRENT REZNOR, an individual,<br><br>Plaintiff,<br><br>-against-<br><br>J. ARTIST MANAGEMENT, INC., an Ohio Corporation; JOHN A. MALM, JR., an individual; RICHARD SZEKELYI, an individual, and NAVIGENT GROUP,<br><br>Defendants. | Case No. 04 CIV 3808 (JSR)<br><br>COUNTERDEFENDANT MICHAEL TRENT REZNOR'S ANSWER TO COUNTERCLAIM OF COUNTERCLAIMANTS RICHARD SZEKELYI AND NAVIGENT GROUP |
| J. ARTIST MANAGEMENT, INC., an Ohio Corporation; JOHN A. MALM, JR., an individual,<br><br>Counterclaimants<br><br>-against-<br><br>MICHAEL TRENT REZNOR, an individual,<br><br>Counterdefendant. | |
| *CAPTION CONTINUED ON NEXT PAGE* | |

RICHARD SZEKELYI, an individual, and
NAVIGENT GROUP,

Counterclaimants

-against-

MICHAEL TRENT REZNOR, an individual,

Counterdefendant.

Counterdefendant Michael Trent Reznor ("Reznor"), for himself alone and for no other counterdefendant, answers the Counterclaim filed by Richard Szekelyi and Navigent Group (collectively "Navigent") as follows:

1. Answering paragraph 1, Reznor generally and specifically denies the allegations contained in said paragraph.

2. Answering paragraph 2, Reznor generally and specifically denies the allegations contained in said paragraph.

3. Answering paragraph 3, Reznor generally and specifically denies the allegations contained in said paragraph.

4. Answering paragraph 4, Reznor generally and specifically denies the allegations contained in said paragraph.

FIRST AFFIRMATIVE DEFENSE

5. For a first, separate and affirmative defense to each and every purported claim in the Counterclaim that names Reznor, Reznor alleges that the Counterclaim fails to state facts sufficient to constitute a cause of action against him.

SECOND AFFIRMATIVE DEFENSE

6. For a second, separate and affirmative defense to each and every purported claim in the counterclaim that names Reznor, Reznor alleges that any alleged statements made by Reznor were privileged.

THIRD AFFIRMATIVE DEFENSE

7. For a third, separate and affirmative defense to each and every purported claim in the counterclaim that names Reznor, Reznor alleges that Navigent's claims are barred by Navigent's unclean hands.

FOURTH AFFIRMATIVE DEFENSE

8. For a fourth, separate and affirmative defense to each and every purported claim in the counterclaim that names Reznor, Reznor alleges that all or a portion of Navigent's alleged damages, if any, were proximately caused and contributed to by the conduct of persons other than Reznor. Reznor contends that any liability to Navigent should be borne by said third parties or entities.

FIFTH AFFIRMATIVE DEFENSE

9. For a fifth, separate and affirmative defense to each and every purported claim in the counterclaim that names Reznor, Reznor incorporates by reference each and every allegation contained in his complaint which is on file herein, as though set forth in full herein to the extent such allegations give rise to and support any affirmative defense.

SIXTH AFFIRMATIVE DEFENSE

10. For a sixth, separate and affirmative defense to each and every purported claim in the counterclaim that names Reznor, Reznor alleges that all statements made, if any, are true.

WHEREFORE, Reznor prays for the following relief:

1. That Navigent takes nothing by reason of counterclaim;
2. That judgment be entered in favor of Reznor and against Navigent;
3. For costs of suit incurred herein; and
4. For such other and further relief as this Court may deem just and proper.

DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, counterdefendant Michael Trent Reznor hereby demands trial by jury on the Counterclaim.

Dated: September 28, 2004

KATTEN MUCHIN ZAVIS ROSENMAN

By: /s/ Steven Shiffman
Steven Shiffman (SS-3630)
575 Madison Avenue
New York, New York 10022
(212) 940-8800

and

KATTEN MUCHIN ZAVIS ROSENMAN
Zia F. Modabber (Admitted Pro Hac Vice) (ZM-6589)
Daniel A. Platt (Admitted Pro Hac Vice) (DP-0670)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
(310) 788-4400

Attorneys for Plaintiff and Counterdefendant
Michael Trent Reznor