Doc #183

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 183
DATE FILED: 7/18/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TRENT REZNOR, an individual,

Plaintiff,

-against-

J. ARTIST MANAGEMENT, INC., an Ohio Corporation, JOHN A. MALM, JR., an individual, RICHARD SZEKELYI, an individual, and NAVIGENT GROUP,

Defendants.

Case No. 04 Civ. 3808 (JSR)

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff Michael Trent Reznor ("Reznor") hereby appeals to the United States Court of Appeals for the Second Circuit from the Order and Judgment of the United States District Court for the Southern District of New York entered in this action on the seventh day of June 2005, to the extent that the Order and Judgment of the Court (and the Court's rulings on summary judgment and at trial, which are incorporated into said Order and Judgment): (i) dismissed Reznor's claims against defendants Richard Szekelyi and Navigent Group; (ii) dismissed any of, or any part of, Reznor's claims, including his claims for breach of contract, negligence, unconscionability, breach of fiduciary duty and punitive damages, against defendants J. Artist Management, Inc. and John A. Malm, Jr.; and (iii) awarded damages against J. Artist Management, Inc. and John A. Malm, Jr. in an amount inconsistent with, and lower than, that which a reasonable fact finder could award in accord with the credible evidence presented at trial.

A true and correct copy of the Order and Judgment appealed from is attached hereto as Exhibit A.

A service list containing the names and addresses of all counsel to be served is attached as Exhibit B.

Dated: July 15, 2005

Steven Shiffman (SS-3630)
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800

and

Zia F. Modabber (ZM-6589) (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California 90067

*Attorneys for Plaintiff Michael Trent Reznor*

To: Thomas M. Lopez, Esq.
ESANU KATSKY KORINS & SIGER, LLP
605 Third Avenue
New York, New York 10158

and

Alan Hirth, Esq.
MEYERS, ROMAN, FRIEDBERG & LEWIS
Eton Tower – Suite 500
28601 Chagrin Boulevard
Cleveland, Ohio 44122

*Attorneys for Defendants J. Artist Management and John A. Malm, Jr.*

Michael F. Lynch, Esq.
MARTIN CLEARWATER & BELL, LLP
220 East 42nd Street
New York, New York 10017

*Attorneys for Defendants Richard Szekelyi and Navigent Group*

**Service List**

Thomas M. Lopez, Esq.
ESANU KATSKY KORINS & SIGER, LLP
605 Third Avenue
New York, New York 10158

and

Alan Hirth, Esq.
MEYERS, ROMAN, FRIEDBERG & LEWIS
Eton Tower – Suite 500
28601 Chagrin Boulevard
Cleveland, Ohio 44122

*Attorneys for Defendants J. Artist Management and John A. Malm, Jr.*

Michael F. Lynch, Esq.
MARTIN CLEARWATER & BELL, LLP
220 East 42nd Street
New York, New York 10017

*Attorneys for Defendants Richard Szekelyi and Navigent Group*