MANDATE

Sdny/nyny
04-CV-3808
Rakoff

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

U.S. DISTRICT COURT FILED AUG 19 2005 S.D. OF N.Y.

---x

MICHAEL TRENT REZNOR, an individual,

Plaintiff-Counter-Defendant
Appellee-Cross-Appellant,

Case No. 05-3633-CV(L)
05-3930 cv(XAP)

~~Index No. Below: 04 Civ. 3808~~

-against-

**STIPULATION OF DISMISSAL** OF APPEAL AND CROSS-APPEAL

J. ARTIST MANAGEMENT, INC., an Ohio Corporation, JOHN A. MALM, JR.,

Defendants-Counterclaimants-
Appellants-Cross Appellees,

RICHARD SZEKELYI and NAVIGENT GROUP,

Defendants-Counterclaimants-
Cross-Appellees.

---x

UNITED STATES COURT OF APPEALS AUG 17 2005 SECOND CIRCUIT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that (i) the appeal filed by J. Artist Management, Inc. and John A. Malm, Jr. in the above-captioned matter is voluntarily dismissed; (ii) the cross appeal filed by Michael Trent Reznor in the above-captioned matter is voluntarily dismissed; and (iii) each party shall bear responsibility for its own costs and fees in connection with the appeals.

A TRUE COPY
[Roseann] B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK

CERTIFIED: 8/18/05

Dated: August 11, 2005

KATTEN MUCHIN ROSENMAN LLP

Steve Shiffman
575 Madison Avenue
New York, New York 10022
(212) 940-6785

*Attorneys for Plaintiff-Counter-defendant-Appellee-Cross-Appellant Michael Trent Reznor*

ESANU KATSKY KORINS & SIGER, LLP

Thomas M. Lopez
605 Third Avenue
New York, New York 10158
(212) 953-6000

*Attorneys for Defendants-Counterclaimaints-Appellants-Cross-Appellees J. Artist Management, Inc. and John A. Malm, Jr.*

MARTIN CLEARWATER & BELL

Michael F. Lynch (EZ8Z)
220 East 42nd Street
New York, New York 10158
(212) 697-3122

*Attorneys for Defendants-Counterclaimaints-Cross-Appellees Richard Szekelyi and Navigent Group.*

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel

Aug. 17, 2005