UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TRENT REZNOR, an individual

Plaintiff,

-against-

J. ARTIST MANAGEMENT, INC. an Ohio Corporation; JOHN A. MALM, JR., an individual; RICHARD SZEKELYI, an individual, and NAVIGENT GROUP

Defendants.

No. 04 Civ. 3808 (JSR)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 6-15-06

NOW, upon application of Plaintiff Michael Trent Reznor, it is hereby

ORDERED, that Plaintiff be, and hereby is, permitted to file a redacted version of the April 1989 Management Agreement between Mr. Reznor and J. Artist Management, Inc. (the "Management Agreement") in the above-captioned case to replace the unredacted version of that document that appears in several places in the Court's files, including those files available electronically through PACER. In particular, Plaintiff shall be permitted to file copies of the Management Agreement that redact his social security number to replace the copies of the Management Agreement that are included in the following electronically-filed documents in the Court's files:

(a) Docket Entry # 1 (The Complaint);

(b) Docket Entry # 16, Part 4 (Szekelyi Exhibit 1, part 3);

(c) Docket Entry # 26, Part 2 (Exhibit A-C To Affirmation of Steven Shiffman In Opposition to Defendants' Motion to Dismiss And Motion to Transfer);

(d) Docket Entry # 62, Part 5 (Exhibits to Platt Aff. (Pt. IV));

(e) Docket Entry # 87, Part 6 (Exhibit "A" – Complaint- Part V);

(f) Docket Entry # 91, Part 6 (Exhs. 5 – 9);

(g) Docket Entry # 93, Part 12 (Exhibits 1 – 4);

(h) Docket Entry # 117, Part 8 (Exhibits (pt. 7)).

Dated: New York, New York
June 14, 2006

SO ORDERED:

Hon. Jed S. Rakoff, U.S.D.J.